# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE LEE SHEPLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-66 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| BRETT MILLARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 4, 2014, the magistrate judge issued a Report (Doc. 18) recommending that: Plaintiff's federal claims be dismissed under 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted; Plaintiff's state law claims be dismissed, without prejudice to refiling in a different forum; and that Defendant Millard's Motion to Dismiss (Doc. 13) be denied as moot.

Service of the Report and Recommendation was made on the parties, and Plaintiff has filed objections. *See* Doc. 19. Plaintiff also has filed a Motion for leave to amend his pleadings. *See* Doc. 20.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e); the Court declines to exercise supplemental jurisdiction over Plaintiff's putative state law claims, and those claims are **DISMISSED WITHOUT PREJUDICE**; Defendant Millard's Motion to Dismiss (**Doc. 13**) is **DENIED AS MOOT**; and Plaintiff's Motion (**Doc. 20**) for leave to amend is **DENIED**.[1]

The Magistrate Judge's Report and Recommendation dated November 4, 2014 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 18, 2014                                s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via First-Class U.S. Mail):

Shane Lee Shepler
KX8935
10745 Route 18
Albion, PA 16475


cc (via ECF email notification):

All counsel of record

---

[1] As the Magistrate Judge anticipated, the amendment(s) proposed by Plaintiff would be futile. *See* R&R at 8.